FILED
08 JUL 16 PM 3:21
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

June 2008 Grand Jury  08 CR 2350 L

| UNITED STATES OF AMERICA, | ) | Criminal Case No. _____ |
|---|---|---|
| Plaintiff, | ) | |
| | ) | I N D I C T M E N T |
| v. | ) | |
| | ) | Title 21, U.S.C., Secs. 952 and 960 - Importation of Methamphetamine; Title 21, U.S.C., Sec. 841(a)(1) - Possession of Methamphetamine with Intent to Distribute |
| AUDENAGO ACOSTA MONTES, | ) | |
| | ) | |
| Defendant. | ) | |

The grand jury charges:

Count 1

On or about May 7, 2008, within the Southern District of California, defendant AUDENAGO ACOSTA MONTES did knowingly and intentionally import 500 grams and more of a mixture and substance containing a detectable amount, to wit: approximately 3.3 kilograms (7.26 pounds), of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

//
//
//

CEK:em:San Diego
7/14/08

### Count 2

On or about May 7, 2008, within the Southern District of California, defendant AUDENAGO ACOSTA MONTES did knowingly and intentionally possess, with intent to distribute, 500 grams and more of a mixture and substance containing a detectable amount, to wit: approximately 3.3 kilograms (7.26 pounds), of methamphetamine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

DATED: July 16, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
CHARLOTTE E. KAISER
Assistant U.S. Attorney