FILED
08 JUL 16 PM 3:22
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: ECL  DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. '08 CR 2350 L |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | NOTICE OF RELATED CASE |
| AUDENAGO ACOSTA MONTES, | ) | |
| Defendant. | ) | |

TO THE CLERK OF THE COURT:

  Please take notice that the above-entitled case is related to <u>United States of America v. Audenago Acosta Montes</u>, Criminal Case No. 08CR1850-L.

  DATED: July 16, 2008.

                              KAREN P. HEWITT
                              United States Attorney

                              /s/ Charlotte E. Kaiser
                              CHARLOTTE E. KAISER
                              Assistant U.S. Attorney