UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE M. JAMES LORENZ)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 08cr2350-MJL |
| Plaintiff, | ) | |
| v. | ) | |
| **AUDENAGO ACOSTA MONTES**, | ) | ORDER |
| Defendant. | ) | |

**IT IS HEREBY ORDERED** that the joint motion (docket no.22 ) requesting the continuance of the sentencing hearing currently set for February 9, 2009 and continued to March 16, 2009, at 8:30 a.m., be **GRANTED.**

**SO ORDERED.**

DATED: February 5, 2009

_____
M. James Lorenz
United States District Court Judge